UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA, ET AL.,                    24-cv-2928 (JGK)

               Plaintiffs,                ORDER

    - against -

GREATER NEW YORK MUTUAL INSURANCE
CO., ET AL.,

               Defendants.
―――――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) Report by **June 28, 2024.**

SO ORDERED.

Dated:    New York, New York
           June 13, 2024

                                                _____
                                                   John G. Koeltl
                                            **United States District Judge**