# DORF NELSON & ZAUDERER LLP

The International Corporate Center, 555 Theodore Fremd Avenue, Rye, NY 10580

Telephone: 914.381.7600 · www.dorflaw.com · Facsimile: 914.381.7608

August 30, 2024

**VIA ECF**

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

*[Handwritten note: Time to file the 26(f) report extended to 10/18/24. Sep. 10, 2024 conference is cancelled. So ordered. J. G. Koeltl / USDJ 9/1/24]*

Re: *Travelers Casualty and Surety Company of America, and Great American Alliance Insurance Company v. Greater New York Mutual Insurance Company*
Case No.: 1:24-cv-02928-JGK

Honorable Sir:

The undersigned represents the defendant in the above-referenced matter, wherein plaintiffs seek a declaration that defendant has a duty to defend their mutual insureds in an underlying action titled *Betsy Zimmerman and Edward Zimmerman v. 410-57 Corp, et. al.*, Supreme Court of the State of New York, County of New York, Index No. 653569/2020.

Please accept this as defendant's letter motion requesting a 45 day extension of time to October 18, 2024 for the parties to file a 26(f) report. The report is currently due on September 3, 2024. To the extent that Your Honor grants this request, it is also requested that the Initial Conference scheduled for September 10, 2024 be rescheduled to a date during the week of October 21, 2024.

I have communicated with plaintiffs' counsel who have agreed to the 45 day extension of time for the parties to file a 26(f) report, and the rescheduling of the Initial Conference. There have been two previous requests made by plaintiffs' counsel for an extension of time for the parties to file a 26(f) report (ECF Documents 17 & 19) which Your Honor granted.

The reason for this request is because the parties have continued to engage in discussions which could potentially resolve the case, or could result in the narrowing of issues in dispute. In this regard, counsel have had three conference calls where the potential for resolution was discussed. These calls have led to a settlement proposal and counterproposal. The 45 days will provide the parties with additional time to pursue a resolution.

I thank the Court for its time and consideration.

New York | California | New Jersey

DNZ

Respectfully submitted,

*Robert P. Pagano*

Robert P. Pagano

cc: Plaintiffs' Counsel via ECF