Case 1:24-cv-02928-JGK   Document 25   Filed 10/18/24   Page 1 of 2

# CLYDE&CO

Clyde & Co US LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
United States
Telephone: +1 212 710 3900
Facsimile: +1 212 710 3950
www.clydeco.com

katelin.gorman@clydeco.us
Direct Line: +1 212 710 3975

October 18, 2024

**VIA ECF**

**APPLICATION GRANTED**
**SO ORDERED**

*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.
10/18/24

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Travelers Casualty & Surety Company of America, et al. v. Greater New York Mutual Insurance Company*, Case No. 1:24-cv-02928-JGK

Dear Judge Koeltl:

The undersigned represent the Plaintiffs and Defendant in the above-referenced matter and write jointly to update Your Honor on settlement discussions and to request additional time for the parties to file a 26(f) report. As you know, Plaintiffs seek a declaration that the Defendant has a duty to defend their mutual insureds in an underlying action titled *Betsey Zimmerman, et al. v. 410-57 Corp., et al.* pending in Supreme Court of the State of New York, New York County, Index No. 653569/2020.

The parties continue to engage in substantive and productive settlement discussions and all counsel remain optimistic that the dispute can be settled. Defendant's counsel has requested certain documentation in connection with the negotiations and Plaintiffs' counsel are working to respond to that request. To that end, we jointly request an additional 45-day extension of time for the parties to file a 26(f) report to December 2, 2024. The report is currently due on October 18, 2024.

All counsel have agreed to the 45-day extension of time requested herein. There have been three previous requests made by the parties (ECF Documents 17, 19, and 23), which Your Honor has granted.

Clyde & Co US LLP is a Delaware limited liability partnership with offices in
Atlanta, Boston, Chicago, Denver, Las Vegas, Los Angeles, Miami, New Jersey, New York,
Orange County, Phoenix, San Francisco and Washington D.C.
Clyde & Co US LLP is affiliated with Clyde & Co LLP, a limited liability partnership registered in England and Wales.

Hon. John G. Koeltl
October 18, 2024
Page 2

# CLYDE&CO

We thank the Court for its time and consideration.

Respectfully submitted,

*[signature]*

Katelin O'Rourke Gorman
Sarah Rogers Sepe
Lauren Elizabeth Boulbol
Clyde & Co US LLP
*Counsel for Plaintiffs*

*[signature]* Robert P. Pagano

Robert P. Pagano
Dorf Nelson & Zauderer LLP
*Counsel for Defendant*

7896450