```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------------

TRAVELERS CASUALTY & SURETY COMPANY
OF AMERICA, ET AL.,                                24-cv-2928 (JGK)

        Plaintiffs,                    ORDER

   - against -

GREATER NEW YORK MUTUAL INSURANCE
COMPANY,

        Defendant.

-----------------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a pre-motion conference in connection with the plaintiffs' anticipated motion for judgment on the pleadings on **Tuesday, April 8, 2025, at 2:30 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:   New York, New York
           March 28, 2025

                                              John G. Koeltl
                                  United States District Judge