```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, et al.,**

            Plaintiffs,

- against -

**GREATER NEW YORK MUTUAL INSURANCE COMPANY,**

            Defendant.

------------------------------------------------

24-cv-2928 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

The plaintiffs are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion for judgment on the pleadings (ECF No. 35).

**SO ORDERED.**

Dated:    New York, New York
           May 20, 2025

                                      /s/ John G. Koelt
                                          John G. Koeltl
                                  United States District Judge